_____

No. 95-3461
_____

Herbert J. Brandenburg,                    *
                                           *
        Appellant,                         *
                                           *
    v.                                     *
                                           *
United States of America,                  *
                                           *
        Appellee.                          *

_____
                                  Appeals from the United States
No. 96-1727                       District Court for the
_____                   Western District of Arkansas.

                                       [UNPUBLISHED]
United States of America,                  *
                                           *
        Appellee,                          *
                                           *
    v.                                     *
                                           *
Willie L. Ricks, Sr.,                      *
                                           *
        Appellant.                         *

_____

                Submitted:  September 4, 1996

                   Filed:  September 20, 1996
                        _____

Before BOWMAN, MAGILL, and LOKEN, Circuit Judges.
                        _____

PER CURIAM.


    This is a consolidated appeal.  Herbert Brandenburg appeals

the district court's[1] order denying his 28 U.S.C. § 2255 motion.  He raised the following issues: (1) denial of the right to a speedy trial; (2) denial of due process by prosecutorial misconduct; (3) misinterpretation of U.S.S.G. § 1B1.3(a)(1)(B); (4) erroneous failure to apply U.S.S.G. § 3B1.2; (5) failure to make express findings as to relevant conduct; and (6) ineffective assistance of counsel.  We conclude the district court did not err in denying relief and that an opinion would lack precedential value.  Co-defendant Willie L. Ricks appeals the district court's[2] order denying his motion to reduce his sentence.  We likewise conclude the district court did not err in finding that Ricks--by failing to provide the government with all the information he possessed--did not fulfill the requirements of 18 U.S.C. § 3553(f)(5).  See United States v. Romo, 81 F.3d 84, 86 (8th Cir. 1996) (standard of review).

Accordingly, we affirm the judgments of the district court.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Jimm Larry Hendren, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable Beverly R. Stites, United States Magistrate Judge for the Western District of Arkansas.

[2]The Honorable Jimm Larry Hendren, United States District Judge for the Western District of Arkansas.